UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FEDERAL INSURANCE
COMPANY, et al.             ,
                 Plaintiff(s),

CASE NO. 4:15- cv-03123-KAW

v.

McDOUGLASS GROUP,
INC., et al.             ,
                 Defendant(s).
                          /

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☑ Private ADR *(please identify process and provider)*  Private mediation;

Parties to agree on mediator.

The parties agree to hold the ADR session by:
- ☑ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☐ other requested deadline _____

Dated: 9/15/2015

_____
Attorney for Plaintiff

Dated: 9/23/15

_____
Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

[X] The parties' stipulation is adopted and IT IS SO ORDERED.
[ ] The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 9/30/15

*Kandis Westmore*

UNITED STATES MAGISTRATE JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

# CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2015, a copy of the following document was filed electronically:

**STIPULATON AND [PROPOSED] ORDERE SELECTING ADR PROCESS**

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System:

Clifford R. Horner, Esq.　　　　　　　　Attorneys for Defendants
Horner & Singer, LLP
1820 Bonanza Street, Suite 200
Walnut Creek, California 94596
Telephone:  (925) 943-6570
Facsimile: (925) 943-6888
Email: chorner@hornersinger.com


G. Edward Rudloff, Jr.
Kathleen M. Delaney
Foran Glennon Palandech Ponzi & Rudloff PC
2000 Powell Street, Suite 900
Emeryville, California 94608
Tel:  (510) 740-1500
Fax: (510) 740-1501
Email: erudloff@fgppr.com
Email: kdelaney@fgppr.com

GLADSTONE WEISBERG ALC

Case 4:15-cv-03123-KAW   Document 24   Filed 09/30/15   Page 4 of 4

| | |
|---|---|
| DATED: September 29, 2015 | GLADSTONE WEISBERG, ALC |
| | |
| | By: _____/s/ Gene A. Weisberg_____ |
| | GENE A. WEISBERG |
| | ANTHONY DIPIETRA |
| | Attorneys for Plaintiff Federal Insurance Company |

GLADSTONE WEISBERG ALC

3

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
CASE NO. 4:15-cv-03123-KAW