1  Clifford R. Horner, Esq., State Bar No. 154353
   Matthew R. Urdan, Esq., State Bar No. 135461
2  **HORNER & SINGER, LLP**
   1820 Bonanza Street, Suite 200
3  Walnut Creek, California 94596
   Telephone: (925) 943-6570
4  Facsimile: (925) 943-6888

5  Attorneys for Defendants McDouglass Group,
   Inc; Tyler Douglass; and Andy McCullough
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

11

12  FEDERAL INSURANCE COMPANY, an          No. 4:15-cv-03123-KAW
    Indiana Corporation, and TRAVELERS
    PROPERTY CASUALTY COMPANY OF           **STIPULATION AND ORDER FOR**
13  AMERICA, a Connecticut Corporation,    **DISMISSAL**

14           Plaintiff,

15      vs.

16  McDOUGLASS GROUP, INC. dba AMAC
    CONSTRUCTION & RESTORATION, a
17  California Corporation, TYLER DOUGLASS,
    an individual, ANDY McCULLOUGH, an
18  individual

19           Defendants.
20  _____/

21      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Defendants McDouglass

22  Group, Inc.. dba AMAC Construction & Restoration, Tyler Douglass, Andy McCullough and

23  Plaintiffs Federal Insurance Company and Travelers Property Casualty Company of America

24  hereby stipulate that the above-captioned action be dismissed with prejudice.

25  //

26  //

27  //

28  //

1
2        IT IS SO STIPULATED
3
4
5    Dated: June 17, 2016            /s/ *Gene A Wesiberg*
                                     Counsel for Plaintiff Federal Insurance Company
6
7    Dated: June 17, 2016            /s/ *Kathleen M. DeLaney*
                                     Counsel for Plaintiff Travelers Property Casualty
8                                    Company of America
9
10   Dated: June 17, 2016            /s/ *Clifford R. Horner*
                                     Counsel for Defendants McDouglass Group, Inc;
11                                   Tyler Douglass; and Andy McCullough
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The proceeding is dismissed with prejudice.

Dated: ___6/20_____, 2016

_____
UNITED STATES MAGISTRATE JUDGE